**United States District Court**
For the Northern District of California

1
2
3
4
5            IN THE UNITED STATES DISTRICT COURT
6          FOR THE NORTHERN DISTRICT OF CALIFORNIA
7
8   ARTURO CHAIREZ,                  )  No. C 07-2643 MMC (PR)
                                     )
9           Petitioner,              )  **ORDER OF DISMISSAL; GRANTING**
                                     )  **LEAVE TO PROCEED IN FORMA**
10  v.                               )  **PAUPERIS**
                                     )
11  DARREL ADAMS, Warden,            )
                                     )
12          Respondent.              )  **(Docket Nos. 1 & 3)**
    _____ )
13

14          The above-titled action was opened on May 17, 2007, when petitioner, a California

15  prisoner proceeding pro se, filed a motion "For Time Extention of Habeas Corpus Petition

16  Under 2254 28 U.S.C.A. Fed. Rule Civil Procedure," in which petitioner seeks to "extend the

17  deadline," imposed by the applicable statute of limitations for federal habeas petitions, with

18  respect to a federal habeas petition he wishes to file in the future.

19          Article III, Section 2 of the United States Constitution restricts adjudication in federal

20  courts to "Cases" and "Controversies." See Valley Forge Christian College v. Americans

21  United for Separation of Church and State, Inc., 454 U.S. 464, 471 (1982). In the absence of

22  an actual petition for a writ of habeas corpus or other civil complaint, there is no case or

23  controversy for this Court to adjudicate. See Green v. United States, 260 F.3d 78, 82 (2d Cir.

24  2001). Although, in some instances, a motion may be construed to be a petition for a writ of

25  habeas corpus, see id. at 83-84, petitioner here has not alleged any grounds for such relief,

26  and indeed it is clear that he is not asking for relief from his conviction, but rather from the

27
28

1   statute of limitations.[1]  Moreover, the Court cannot discern from the instant filing whether

2   petitioner can meet even the most basic requirements for proceeding with a habeas petition in

3   federal court and, in particular, in the Northern District, such as proper jurisdiction and

4   venue.  Consequently, the motion will not be construed as a habeas petition.

5          Accordingly, the above-titled action is hereby DISMISSED without prejudice to

6   petitioner's filing a petition for a writ of habeas corpus or a complaint for other relief.

7          In light of petitioner's lack of funds, the application to proceed in forma pauperis is

8   GRANTED.

9          The Clerk shall close the file and terminate Docket Nos. 1 & 3.

10         IT IS SO ORDERED.

11  DATED: June 11, 2007

12  _____
    MAXINE M. CHESNEY
13  United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

[1]At such time as he files a petition for a writ of habeas corpus, petitioner may, of course,
28  raise any applicable grounds for relief from the statute of limitations.

2